| 1. Person Reporting (Last name, First name, Middle initial) Daugherty, Frederick A | 2. Court or Organization WD, Ed & ND of Oklahoma | 3. Date of Report 5/3/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Senior U.S. District Judge | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ FInal | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address None | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust |
| 2. Member of Board (Non-voting) | 45th Infantry Division Museum |
| 3. Trustee | Trust #1 |
| 4. | |

# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED Aug 31 11 50 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Daugherty, Frederick A | 5/3/2004 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Daugherty, Frederick A | 5/3/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. COMMON STOCKS: | | | | | | | | | |
| 2. Southern Co. | C | Dividend | L | T | | | | | |
| 3. Rockwell Inter. | E | Dividend | P1 | T | | | | | |
| 4. Trinity Industries | C | Dividend | M | T | | | | | |
| 5. Honeywell | C | Dividend | M | T | | | | | |
| 6. Amer. Electric Power | C | Dividend | K | T | | | | | |
| 7. Boeing | C | Dividend | M | T | | | | | |
| 8. ArvMerit | E | Dividend | M | T | | | | | |
| 9. Fgoldn | | None | J | T | | | | | |
| 10. Conexant | | None | M | T | | | | | |
| 11. *Great Plains Energy | C | Dividend | K | T | | | | | *Was K.C. Power & Light |
| 12. MUNICIPAL BONDS: | | | | | | | | | |
| 13. Salomon Smith Barney-See attached 14-A | G | Interest | P1 | T | | | | | |
| 14. Merrill Lynch-See attached 15A | E | Interest | N | T | | | | | |
| 15. Salomon Smith Barney-See attached 16A | G | Interest | P1 | T | | | | | |
| 16. Merrill Lynch-See attached 17A | F | Interest | P1 | T | | | | | |
| 17. Bank of Oklahoma-GRDA | B | Interest | K | T | | | | | |
| 18. Bank One - Tulsa Pub. FAC Auth. | B | Interest | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Daugherty, Frederick A | 5/3/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. 6 PRC Bonds | C | Interest | | T | Redemption | 7-1 | M | | Broker |
| 20. 4 PRC Bonds | C | Interest | | T | Redemption | 7-1 | N | | Broker |
| 21. Okla. St. | D | Interest | | T | Redemption | 7-15 | M | | Broker |
| 22. OK St. Mun. Pwr. Auth. | B | Interest | K | T | Buy | 9-25 | K | | Broker |
| 23. OK CLG BD REGTS RV Univ. Ctr | D | Interest | M | T | Buy | 6-12 | M | | Broker |
| 24. OK Cy Ok Wtr. Utils | C | Interest | L | T | Buy | 7-16 | L | | Broker |
| 25. OK Agric. Mech CLG Rev. | B | Interest | K | T | Buy | 8-28 | K | | Broker |
| 26. Sapulpa OK Mun. Auth Cap IMPT Rev | B | Interest | L | T | Buy | 8-18 | L | | Broker |
| 27. OK CLG BRD Regts RV Univ CTA | D | Interest | M | T | Buy | 6-12 | M | | Broker |
| 28. PRC Bonds | F | Interest | | T | Redemption | 7-1 | O | | Broker |
| 29. Calamos High Inc. Fd. | D | Interest | O | T | Buy | 7-28 | D | | Broker |
| 30. Calamos High Inc. Fd. | D | Interest | | T | Sold | 11-19 | O | | Broker |
| 31. GRDA | A | Interest | | T | Sold | 11-1 | J | | Broker |
| 32. Nuveen Inst. | E | Interest | N | T | Buy | 1-14 | N | | Broker |
| 33. Nuveen Inst. | E | Interest | | T | Sold | 10-22 | N | | Broker |
| 34. OK Wtr Res. Bd | D | Interest | M | T | Buy | 10-22 | M | | Broker |
| 35. Calamos CV & High Inc. Fd. | E | Interest | N | T | Buy | 6-12 | N | | Broker |
| 36. Calamos CV & High Inc. Fd. | E | Interest | | T | Sold | 11-19 | N | | Broker |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Daugherty, Frederick A | 5/3/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. | Nuveen Inst. | E | Interest | N | T | Buy | 1-14 | N | | Broker |
| 38. | Nuveen Inst. | E | Interest | N | T | Sold | 10-22 | N | | Broker |
| 39. | PRC | E | Interest | N | T | Redemption | 7-1 | N | | Broker |
| 40. | OK St. G/O Bond | C | Interest | L | T | Sold | 7-15 | L | | Broker |
| 41. | Univ. Central OK | B | Interest | K | T | Sold | 8-15 | K | | Broker |
| 42. | BANKS: | | | | | | | | | |
| 43. | Bank of Oklahoma | B | Interest | M | T | | | | | |
| 44. | Bank of Oklahoma | B | Interest | M | T | | | | | |
| 45. | Allegiance Credit Union | A | Interest | K | T | | | | | Name Change during 2003 |
| 46. | Allegiance Credit Union | B | Interest | L | T | | | | | Name Change during 2003 |
| 47. | MidFirst Bank, OKC | B | Interest | M | T | | | | | |
| 48. | Local Okla. Bank - OKC | A | Interest | K | T | | | | | |
| 49. | Union Bank - OKC - Acct. #1 | A | Interest | L | T | | | | | |
| 50. | Union Banbk - OKC - Acct. #2 | A | Interest | J | T | | | | | |
| 51. | Mass. Mutual Fund Shareholder Mass. Mutual Services Co. | C | Dividend | L | T | | | | | |
| 52. | Mass. Mutual Life Ins. Co. Single Premium Life Ins. | A | Dividend | N | T | | | | | |
| 53. | Salomon Smith Barney Money Fund Acct. | B | Dividend | N | T | | | | | See VIII |
| 54. | Merrill Lynch Money Fund Acct. | A | Interest | O | T | | | | | See VIII |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Daugherty, Frederick A | 5/3/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Merrill Lynch Money Fund Acct. | C | Interest | K | T | | | | | See VIII |
| 56. Salomon Smith Barney Money Fund Account | B | Dividend | M | T | | | | | See VIII |
| 57. REAL ESTATE: | | | | | | | | | |
| 58. Acres - Okla. City, OK | A | Rent | N | W | | | | | |
| 59. 1/2 interest in farm in McIntosh County, OK | | None | L | W | | | | | |
| 60. Acres in Cherokee County, OK | | None | L | W | | | | | |
| 61. 22% interest in tract in Oklahoma City, OK | | None | L | W | | | | | |
| 62. OIL & GAS MINERALS: | | | | | | | | | |
| 63. Net Acres - Carter County, OK | | None | J | W | | | | | |
| 64. Net Acres in Stephens County, OK | | None | J | W | | | | | |
| 65. Net Acres in Coal County, OK | | None | J | W | | | | | |
| 66. Net Acres in Cleveland County, OK | | None | J | W | | | | | |
| 67. Net Acres in Tulsa County, OK | | None | J | W | | | | | |
| 68. Net Acres in Pushmataha County, OK | | None | J | W | | | | | |
| 69. Producing Minerals-Okla. City, OK - Operator - Petrocorp. | E | Royalty | K | W | | | | | |
| 70. Producing Minerals-Cleveland County, OK - Operator-Conoco | A | Royalty | J | W | | | | | |
| 71. OTHER ASSETS: | | | | | | | | | |
| 72. 1 - Cemetery Lot - Okla. City, OK | | None | J | W | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Daugherty, Frederick A | 5/3/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e.g. div. rent or int.) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | | |
| | | | | | | (2)<br>Date: Month - Day | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) | |
| 73.  1 - Cemetery Lot - Okla. City, OK | | None | J | W | | | | | | |
| 74.  2 - Burial Crypts, Okla. City, OK | | None | K | W | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Daugherty, Frederick A | 5/3/2004 |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

VII. INVESTMENTS AND TRUSTS:  Items 53, 54, 55 & 56
   Income and Value of these items were below reporting requirements

2) OCIA is listed on Schedule 17A as 1 of 2 OK St. Mun. Pwr. Auth.  The correct ID is OK ST. Mun. Pwr. Aut.

1) U-PRC is listed on Schedule 14-A, Item 7.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Daugherty, Frederick A | 5/3/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature 　　　　　Date _August 20, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

**DAUGHERTY, FREDERICK A.**
**Financial Disclosure Report**
**Part VII Investments and Trust**
**2003**

Date of Report
May 3, 2003

## Schedule 14A

| | A | B | | C | | D | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Description | (1) | (2) | (1) | (2) | (1) | (2) | (3) | (4) |
| 2. | GRDA | D | Interest | M | T | | | | |
| 1. | OK St. Cap.Imp. Auth. | D | Interest | L | T | | | | |
| 5. | OK St. Mun. Pwr. Auth. | E | Interest | N | T | | | | |
| 2. | OTA - Tpk. | E | Interest | N | T | | | | |
| 6. | PRC | E | Interest | N | T | | | | |
| 1. | Rural Est. OK Inc. | C | Interest | K | T | | | | |
| 1. | U-PRC | D | Interest | L | T | | | | |
| 1. | B/R Univ. of Okla. | B | Interest | K | T | | | | |
| 1. | Sapulpa OK Mun. Auth. | D | Interest | L | T | Buy | 8/14 | L | Prior |
| 1. | McAlester OK Pub Wks Auth. | D | Interest | M | T | (Item 37, VII, Page 3, 2002 Report) | | | |

## Schedule 15A

| | A | B | | C | | D | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1. | PRC | B | Interest | L | T | | | | |
| 1. | OTA | D | Interest | L | T | (Item 35, VII, Page 2, 2002 Report) | | | |
| 2. | OMPA | B | Interest | L | T | | | | |
| 1. | U-PRC | B | Interest | K | T | | | | |
| 1. | OTPK | B | Interest | K | T | | | | |

## Schedule 16A

| | A | B | | C | | D | | | |
|---|---|---|---|---|---|---|---|---|---|
| 3. | GRDA | B | Interest | L | T | | | | |
| 6. | OMPA | D | Interest | N | T | | | | |
| 8. | OTA - Tpk. | E | Interest | N | T | | | | |
| 1. | OK Wtr. Res. Bd. | D | Interest | M | T | | | | |
| 7. | PRC | E | Interest | O | T | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1. | Rural Ent. OK Inc. | C | Interest | K | T | | |
| 1. | B/R Univ. of Okla. | B | Interest | K | T | | |
| 1. | Sapulpa OK Mun. Auth. | D | Interest | L | T | Buy 8/14 | Broker |
| 1. | Sapulpa OK Mun. Auth. | D | Interest | L | T | (Item 32, VII, Page 2, 2002 Report) | |
| 1. | OK Dev. Fin. Auth. | D | Interest | M | T | Buy 10/22 | Broker |
| 1. | OK St. Wtr. Res. Bd. | B | Interest | K | T | Buy 10/22 | Broker |
| 1. | McAlester OK Pub Wks Auth | D | Interest | M | T | (Item 42, VII, Page 3, 2002 Report) | |

## Schedule 17A

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3. | PRC | D | Interest | M | T | | |
| 1. | GRDA | C | Interest | L | T | | |
| 3. | OK St. Tpk. Auth. | D | Interest | N | T | | |
| 2. | OK St. Mun. Pwr. Auth. | C | Interest | L | T | Buy 9/25 | Broker |
| | Muni. Intermediate Duration Fd., Inc. | B | Interest | K | T | Buy 7/29 | Broker |
| 1. | McAlester OK Pub Wks | C | Interest | L | T | (Item 33, VII, Page 2, 2002 Report) | |

| AO-10 Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT** Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) Daugherty, Frederick A | 2. Court or Organization WD, Ed & ND of Oklahoma | 3. Date of Report 5/3/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Senior U.S. District Judge | 5. ReportType (check appropriate type) ◯ Nomination, Date ◯ Initial ⦿ Annual ◯ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address None | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust |
| 2. Member of Board (Non-voting) | 45th Infantry Division Museum |
| 3. Trustee | Trust #1 |
| 4. | |

# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED MAY 17 11 18 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Daugherty, Frederick A | 5/3/2004 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Daugherty, Frederick A | 5/3/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE    (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.    COMMON STOCKS: | | | | | | | | | |
| 2.    Southern Co. | C | Dividend | L | T | | | | | |
| 3.    Rockwell Inter. | E | Dividend | P1 | T | | | | | |
| 4.    Trinity Industries | C | Dividend | M | T | | | | | |
| 5.    Honeywell | C | Dividend | M | T | | | | | |
| 6.    Amer. Electric Power | C | Dividend | K | T | | | | | |
| 7.    Boeing | C | Dividend | M | T | | | | | |
| 8.    ArvMerit | E | Dividend | M | T | | | | | |
| 9.    Fgoldn | | None | J | T | | | | | |
| 10.    Conexant | | None | M | T | | | | | |
| 11.    *Great Plains Energy | C | Dividend | K | T | | | | | *Was K.C. Power & Light |
| 12.    MUNICIPAL BONDS: | | | | | | | | | |
| 13.    Salomon Smith Barney-See attached 14-A | G | Interest | P1 | T | | | | | |
| 14.    Merrill Lynch-See attached 15A | E | Interest | N | T | | | | | |
| 15.    Salomon Smith Barney-See attached 16A | G | Interest | P1 | T | | | | | |
| 16.    Merrill Lynch-See attached 17A | F | Interest | P1 | T | | | | | |
| 17.    Bank of Oklahoma-GRDA | B | Interest | K | T | | | | | |
| 18.    Bank One - Tulsa Pub. FAC Auth. | B | Interest | K | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Daugherty, Frederick A | 5/3/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 19. 6 PRC Bonds | C | Interest | M | T | Redemption | 7-1 | M | | Broker |
| 20. 4 PRC Bonds | C | Interest | N | T | Redemption | 7-1 | N | | Broker |
| 21. Okla. St. | D | Interest | M | T | Redemption | 7-15 | M | | Broker |
| 22. OK St. Mun. Pwr. Auth. | B | Interest | K | T | Buy | 9-25 | K | | Broker |
| 23. OK CLG BD REGTS RV Univ. Ctr | D | Interest | M | T | Buy | 6-12 | M | | Broker |
| 24. OK Cy Ok Wtr. Utils | C | Interest | L | T | Buy | 7-16 | L | | Broker |
| 25. OK Agric. Mech CLG Rev. | B | Interest | K | T | Buy | 8-28 | K | | Broker |
| 26. Sapulpa OK Mun. Auth Cap IMPT Rev | B | Interest | L | T | Buy | 8-18 | L | | Broker |
| 27. OK CLG BRD Regts RV Univ CTA | D | Interest | M | T | Buy | 6-12 | M | | Broker |
| 28. 21 PRC Bonds | F | Interest | O | T | Redemption | 7-1 | O | | Broker |
| 29. 37 Calamos High Inc. Fd. | D | Interest | D | T | Buy | 7-28 | D | | Broker |
| 30. 37 Calamos High Inc. Fd. | D | Interest | D | T | Sold | 11-19 | O | | Broker |
| 31. GRDA | A | Interest | J | T | Sold | 11-1 | J | | Broker |
| 32. 15 Nuveen Inst. | E | Interest | N | T | Buy | 1-14 | N | | Broker |
| 33. 15 Nuveen Inst. | E | Interest | N | T | Sold | 10-22 | N | | Broker |
| 34. OK Wtr Res. Bd | D | Interest | M | T | Buy | 10-22 | M | | Broker |
| 35. 17 Calamos CV & High Inc. Fd. | E | Interest | N | T | Buy | 6-12 | N | | Broker |
| 36. 17 Calamos CV & High Inc. Fd. | E | Interest | N | T | Sold | 11-19 | N | | Broker |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Daugherty, Frederick A | 5/3/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. 18 Nuveen Inst. | E | Interest | N | T | Buy | 1-14 | N | | Broker |
| 38. 18 Nuveen Inst. | E | Interest | N | T | Sold | 10-22 | N | | Broker |
| 39. 5 PRC | E | Interest | N | T | Redemption | 7-1 | N | | Broker |
| 40. OK St. G/O Bond | C | Interest | L | T | Sold | 7-15 | L | | Broker |
| 41. Univ. Central OK | B | Interest | K | T | Sold | 8-15 | K | | Broker |
| 42. BANKS: | | | | | | | | | |
| 43. Bank of Oklahoma | B | Interest | M | T | | | | | |
| 44. Bank of Oklahoma | B | Interest | M | T | | | | | |
| 45. Allegiance Credit Union | A | Interest | K | T | | | | | Name Change during 2003 |
| 46. Allegiance Credit Union | B | Interest | L | T | | | | | Name Change during 2003 |
| 47. MidFirst Bank, OKC | B | Interest | M | T | | | | | |
| 48. Local Okla. Bank - OKC | A | Interest | K | T | | | | | |
| 49. Union Bank - OKC - Acct. #1 | A | Interest | L | T | | | | | |
| 50. Union Banbk - OKC - Acct. #2 | A | Interest | J | T | | | | | |
| 51. Mass. Mutual Fund Shareholder Mass. Mutual Services Co. | C | Dividend | L | T | | | | | |
| 52. Mass. Mutual Life Ins. Co. Single Premium Life Ins. | A | Dividend | N | T | | | | | |
| 53. Salomon Smith Barney Money Fund Acct. | B | Dividend | N | T | | | | | |
| 54. Merrill Lynch Money Fund Acct. | A | Interest | D | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Daugherty, Frederick A | 5/3/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Merrill Lynch Money Fund Acct. | C | Interest | K | T | | | | | |
| 56. Salomon Smith Barney Money Fund Account | B | Dividend | M | T | | | | | |
| 57. REAL ESTATE: | | | | | | | | | |
| 58. Acres - Okla. City, OK | A | Rent | N | W | | | | | |
| 59. 1/2 interest in farm in McIntosh County, OK | | None | L | W | | | | | |
| 60. Acres in Cherokee County, OK | | None | L | W | | | | | |
| 61. 22% interest in tract in Oklahoma City, OK | | None | L | W | | | | | |
| 62. OIL & GAS MINERALS: | | | | | | | | | |
| 63. Net Acres - Carter County, OK | | None | J | W | | | | | |
| 64. Net Acres in Stephens County, OK | | None | J | W | | | | | |
| 65. Net Acres in Coal County, OK | | None | J | W | | | | | |
| 66. Net Acres in Cleveland County, OK | | None | J | W | | | | | |
| 67. Net Acres in Tulsa County, OK | | None | J | W | | | | | |
| 68. Net Acres in Pushmataha County, OK | | None | J | W | | | | | |
| 69. Producing Minerals-Okla. City, OK - Operator - Petrocorp. | E | Royalty | K | W | | | | | |
| 70. Producing Minerals-Cleveland County, OK - Operator- Conoco | A | Royalty | J | W | | | | | |
| 71. OTHER ASSETS: | | | | | | | | | |
| 72. 1 - Cemetery Lot - Okla. City, OK | | None | J | W | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Daugherty, Frederick A | 5/3/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 73.  1 - Cemetery Lot - Okla. City, OK | | None | J | W | | | | | |
| 74.  2 - Burial Crypts, Okla. City, OK | | None | K | W | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS   (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date __5. 8. 04__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

**DAUGHERTY, FREDERICK A.**
**Financial Disclosure Report**
**Part VII Investments and Trust**
**2003**

Date of Report
May 3, 2003

## Schedule 14A

|   | **A** | **B** | | **C** | | **D** | | | |
|---|-------|-------|---|-------|---|-------|---|---|---|
|   | Description | (1) | (2) | (1) | (2) | (1) | (2) | (3) | (4) |
| 2. | GRDA | D | Interest | M | T | | | | |
| 1. | OK St. Cap.Imp. Auth. | D | Interest | L | T | | | | |
| 5. | OK St. Mun. Pwr. Auth. | E | Interest | N | T | | | | |
| 2. | OTA - Tpk. | E | Interest | N | T | | | | |
| 6. | PRC | E | Interest | N | T | | | | |
| 1. | Rural Est. OK Inc. | C | Interest | K | T | | | | |
| 1. | U-PRC | D | Interest | L | T | | | | |
| 1. | B/R Univ. of Okla. | B | Interest | K | T | | | | |
| 1. | Sapulpa OK Mun. Auth. | D | Interest | L | T | | | | |
| 1. | McAlester OK Pub Wks Auth. | D | Interest | M | T | | | | |

## Schedule 15A

|   | | | | | | | | | |
|---|-------|-------|---|-------|---|-------|---|---|---|
| 1. | PRC | B | Interest | L | T | | | | |
| 1. | OTA | D | Interest | M | T | | | | |
| 2. | OMPA | B | Interest | L | T | | | | |
| 1. | U-PRC | B | Interest | K | T | | | | |
| 1. | OTPK | B | Interest | K | T | | | | |

## Schedule 16A

|   | | | | | | | | | |
|---|-------|-------|---|-------|---|-------|---|---|---|
| 3. | GRDA | B | Interest | L | T | | | | |
| 6. | OMPA | D | Interest | N | T | | | | |
| 8. | OTA - Tpk. | E | Interest | N | T | | | | |
| 1. | OK Wtr. Res. Bd. | D | Interest | M | T | | | | |
| 7. | PRC | E | Interest | O | T | | | | |
| 1. | Rural Ent. OK Inc. | C | Interest | K | T | | | | |
| 1. | B/R Univ. of Okla. | B | Interest | K | T | | | | |
| 2. | Sapulpa OK Mun. Auth. | D | Interest | M | T | | | | |
| 1. | OK Dev. Fin. Auth. | B | Interest | K | T | | | | |
| 1. | OK St. Wtr. Res. Bd. | B | Interest | K | T | | | | |
| 1. | McAlester OK Pub Wks Auth | D | Interest | M | T | | | | |

## Schedule 17A

|   | | | | | | | | | |
|---|-------|-------|---|-------|---|-------|---|---|---|
| 3. | PRC | D | Interest | M | T | | | | |
| 1. | GRDA | C | Interest | L | T | | | | |
| 3. | OK St. Tpk. Auth. | D | Interest | N | T | | | | |
| 2. | OK St. Mun. Pwr. Auth. | C | Interest | L | T | | | | |
|   | Muni. Intermediate Duration Fd., Inc. | B | Interest | K | T | | | | |
| 1. | McAlester OK Pub Wks | C | Interest | L | T | | | | |